**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

**REVEREND WALTER WOMACK and**

**FAITHFUL BAPTIST CHURCH,**

        **Plaintiffs,**

**Vs.**                               **No.:2:13-cv-02827**

**TRAVELERS CASUALTY INSURANCE COMPANY,**

        **Defendant.**

---

**NOTICE OF APPEARANCE**

---

        W. Christopher Frulla of Rainey, Kizer, Reviere, & Bell, PLC hereby enters his appearance as counsel of record for Defendant Travelers Casualty Insurance Company of America, improperly named as Travelers Casualty Insurance Company, in the above captioned matter. All defenses related to jurisdiction, venue, service of process, or sufficiency of service of process are hereby reserved.

                Respectfully submitted,

                RAINEY, KIZER, REVIERE & BELL, P.L.C.
                **s/ W. Christopher Frulla**
                W. Christopher Frulla (BPR No. 31127)
                Attorney for Defendant
                50 North Front Street, Suite 610
                Memphis, Tennessee 38103
                (901) 333-8101
                cfrulla@raineykizer.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a true and correct copy of the foregoing document was served on Lewis K. Garrison, Sr., counsel for Plaintiffs, via first class U.S. Mail, postage prepaid and/or this Court's ECF system at 145 Court Avenue, Suite 402, Memphis, Tennessee 38103.

This the 14th day of November, 2013.

<u>s/ W. Christopher Frulla</u>